UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Terre Haute Division

| | |
|---|---|
| CHELSEA E. HAMERSLEY,<br>    *Plaintiff*,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>and QUICKEN LOANS INC.<br>    *Defendants*. | )<br>)<br>)<br>) Case No. 2:18-cv-357-JRS-DLP<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

Plaintiff, Chelsea E. Hamersley, by counsel has moved this court to dismiss Defendant, Quicken Loans, Inc **only** from this cause. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendant, Quicken Loans, Inc **only**, are dismissed, with prejudice, each party to bear its own costs and fees.

Date: 10/16/2018

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.