**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Terre Haute Division**

> Court acknowledges the Stipulation of Dismissal With Prejudice [21]. The Clerk is DIRECTED to dismiss this case with prejudice as to Equifax Information Services, LLC. JPH, 12/18/2018 Distribution via ECF.

| | |
|---|---|
| CHELSEA E. HAMERSLEY, | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) **Case No.** 2:18-cv-357-JPH-DLP |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| and QUICKEN LOANS INC. | ) |
| *Defendants*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Chelsea E. Hamersley, and Defendant, Equifax Information Services, LLC, by and through undersigned counsel, hereby stipulate that **Equifax Information Services, LLC** should be dismissed from this cause of action, with prejudice. The parties to bear their own costs and fees.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**CLARK, QUINN, MOSES,
SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
*Attorney for Plaintiff*